IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-13-SLR/SRF |
| ) | |
| M. MANGE, KENT COUNTY ) | |
| DELAWARE, P. BROOKS BANTA and ) | |
| KENT LEVY COURT INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 10th day of March, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 11, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 69) is adopted.

2. Plaintiff's motions (D.I. 60, 63) are denied.

3. Defendants' motion for summary judgment (D.I. 53) is granted.

4. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

_United States District Judge_